UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,

    Plaintiffs,

v.

ROBERT W. COULTAS, d/b/a Coultas General Contracting,

    Defendant,

v.

MUFG UNION BANK, N.A.,

    Garnishee.

Case No. MC19-0155RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Robert W. Coultas, d/b/a Coultas General Contracting, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, MUFG Union Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on November 19, 2019, at Dkt. # 1-3.

Dated this 21st day of November, 2019.

*[signature: Robert S. Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT